UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civil Action No. 18-1252 (ABJ) |

**DEFENDANT'S STATUS REPORT AND PROPOSED SCHEDULE**

Defendant U.S. Department of State ("State"), by and through undersigned counsel, respectfully submits this status report and proposed schedule in response to the Court's Minute Order, dated September 12, 2018.

On May 30, 2018, Plaintiff Citizens United brought an action against State under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel State to conduct a search records responsive to its FOIA request and to produce all responsive non-exempt records by a date certain.  Compl., ECF No. 1 (May 30, 2018).  State had initially rejected the request as improper because it had failed to reasonably describe the records sought.  *Id.* ¶ 11.  Citizens United claims that State's refusal to process the request and conduct a search violated FOIA.  *Id.* ¶¶ 12–13.  Citizens United seeks injunctive, declaratory, and other relief.  *Id.* at pp. 4–5.

On August 17, 2018, State determined that this request should not have been rejected for failing to reasonably describe the records and that it should instead be processed.  Accordingly, State reconsidered its initial determination and re-opened the request.  Pursuant to the Court's July 13, 2018, Minute Order, Defendant filed an Answer to the Complaint on September 10, 2018.  ECF No. 6.

To date, State has not located any responsive records, but its search is not yet complete. Defendant estimates that the search can be completed by October 31, 2018, and that it can advise Plaintiff shortly thereafter whether any responsive records have been located. Based on the foregoing, Defendant proposes that the Court direct the parties to file a joint status report by November 7, 2018 to report to the Court on the results of State's search and propose a schedule for further proceedings, if necessary. The undersigned shared a draft of this status report and conferred with Plaintiff's counsel about this proposal. Plaintiff, through counsel, consents to Defendant's proposed schedule.

For the foregoing reasons, and for good cause shown, Defendant respectfully requests that the Court adopt Defendant's proposed schedule for further proceedings and direct the parties to file a joint status report on or before November 7, 2018.

October 10, 2018

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov